## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

**GARLAND WILLIAMS,**

    **Plaintiff,**

    v.

**UNITED STATES DEPARTMENT OF JUSTICE, et al.,**

    **Defendants.**

Case No. 16-2655-JAR-JPO

### ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation filed on October 19, 2016 (Doc. 6). Fourteen days having passed, and no written objections being filed to the proposed findings and recommendations by Magistrate Judge James P. O'Hara, and after a de novo determination upon the record pursuant to Fed. R. Civ. P. 72(b), the Court accepts the recommended decision and adopts it as its own.

**IT IS THEREFORE ORDERED BY THE COURT** that in accordance with the October 19, 2016 Report and Recommendation (Doc. 6), the Complaint (Doc. 1) is **dismissed without prejudice**.

**IT IS SO ORDERED.**

Dated: November 8, 2016

                                                   S/ Julie A. Robinson
                                                 JULIE A. ROBINSON
                                                 UNITED STATES DISTRICT JUDGE